UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ZACH BANDSUH, et al., | ) Case No. 1:16CV2951 |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) JUDGE CHRISTOPHER BOYKO |
| | ) MAGISTRATE JUDGE DAVID A. RUIZ |
| | ) |
| U.S. CABLE CORP. OF TAMPA, et al., | ) |
| | ) |
| Defendants. | ) MEMORANDUM |
| | ) <u>AND ORDER</u> |

Plaintiffs filed a Motion to Compel Discovery (R. 45), alleging that Defendants have not produced documents responsive to Plaintiff's document requests served approximately five months ago, despite several statements that the document production would be forthcoming. Counsel for Defendants represented to the court that he is reviewing the responsive documents, and would be able to produce them to Plaintiffs by the end of next week. The Motion to Compel (R. 45) is GRANTED. Defendants are ORDERED to produce all responsive documents to Plaintiffs on or before Friday, March 9, 2018.

Plaintiffs also moved for a two-month extension of the discovery deadline, which is scheduled to close May 1, 2018. (R. 45.) The motion for extension is DENIED, as premature. Plaintiffs asked the court to reconsider its ruling in light of a pending trial involving Plaintiffs' counsel on April 9, 2018. The court denied

the request for reconsideration, at this point, but advised counsel the denial was without prejudice to renew.

The Motion to Compel (R. 45) is GRANTED, and the Motion for Extension of Discovery Period is DENIED.  Defendants are ORDERED to produce all responsive documents to Plaintiffs on or before Friday, March 9, 2018.


IT IS SO ORDERED.

Dated:  March 1, 2018                           /s/ David A. Ruiz
                                                David A. Ruiz
                                                United States Magistrate Judge